UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINJA JJ JOHNSON,

                    Plaintiff,

-against-

RIKERS ISLAND (R.M.S.C.), et al.,

                    Defendants.

21-CV-2076 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, United States District Judge:

    By order dated March 11, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fee.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] On April 26, 2021, the Court's order was returned as undeliverable. The Clerk of Court remailed the order, but on June 11, 2021, that mailing was also returned as undeliverable.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 20, 2021
       New York, New York

                                                         COLLEEN McMAHON
                                                         United States District Judge